**Order entered November 29, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-00760-CR

**MARCUS DEWAYNE WILLIAMS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

### On Appeal from the Criminal District Court No. 2
### Dallas County, Texas
### Trial Court Cause No. F-1675985-I

## ORDER

Before the Court is appellant's second motion to extend the time to file appellant's brief.

We **GRANT** the motion and **ORDER** appellant's brief filed on or before **January 4, 2019**. If

appellant's brief is not filed by January 4, 2019, this appeal may be abated for the trial court to

make findings in accordance with rule of appellate procedure 38.8.


/s/    LANA MYERS
        JUSTICE